**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CATS MEOW OF LAS VEGAS, LLC d/b/a Cat's Meow,

    Plaintiff(s),

vs.

THE STATE OF NEVADA, COVID-19 MITIGATION AND MANAGEMENT TASK FORCE, et. al.,

    Defendant(s).

Case # 2:20-cv-02055-APG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Matthew J. Hoffer_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Shafer & Associates, P.C.
(firm name)

with offices at  3800 Capital City Blvd, Suite 2 ,
(street address)

Lansing , Michigan , 48906 ,
(city)        (state)      (zip code)

517-886-6560 , matt@bradshaferlaw.com .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Cats Meow of Las Vegas, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since May 15, 2007 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Michigan (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Michigan

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Michigan_____ )
)
COUNTY OF _____Clinton_____ )

_____Matthew J. Hoffer_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__5th__ day of _____November_____, __2020__.

_____
Notary Public or Clerk of Court

Barbara S. Arthur, Notary Public
State of Michigan, County of Shiawassee
My Commission Expires: January 31, 2026
Acting in the County of Clinton

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Deanna L. Forbush_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____1980 Festival Plaza Drive, #700_____,
(street address)

____Las Vegas____, ____Nevada____, __89135__,
(city) (state) (zip code)

____702-699-5169____, ____dforbush@foxrothschild.com____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Deanna L. Forbush___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Harry Mohney, Managing Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6646                dforbush@foxrothschild.com
Bar number          Email address

APPROVED:

Dated: this _9th_ day of _November_, 20_20_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# State Bar of Michigan
## Certificate of Good Standing

This certifies that Matthew Joseph Hoffer, P70495 of Lansing, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on May 10, 2007 in Ingham County and became a member of the State Bar of Michigan on May 15, 2007.

Janet K. Welch, Executive Director
October 05, 2020

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### ATTACHMENT TO MATTHEW J. HOFFER'S
### VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE
### ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND
### DESIGNATION OF LOCAL COUNSEL

4.   I have been admitted to the practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and I am presently a member in good standing of the bars of said Courts.

| TITLE OF COURT: | DATE OF ADMISSION: |
|---|---|
| State of Michigan     Bar #: P70495 | May 15, 2007 |
| United States District Court for the Eastern District of Michigan | January 15, 2009 |
| United States District Court for the Western District of Texas | December 7, 2010 |
| Supreme Court of the United States | February 23, 2011 |
| United States Court of Appeals for the Sixth Circuit | May 31, 2011 |
| United States District Court for the Western District of Michigan | January 13, 2012 |
| United States District Court for the District of Colorado | April 13, 2012 |
| United States District Court for the Northern District of Indiana | March 22, 2013 |
| United States Court of Appeals for the Seventh Circuit | November 5, 2014 |
| United States Court of Appeals for the Third Circuit | August 17, 2015 |
| United States District Court for the Northern District of Texas | March 14, 2018 |
| United States District Court for the Northern District of Ohio | April 17, 2019 |
| United States District Court for the Western District of Wisconsin | June 5, 2019 |
| United States Court of Appeals for the Fourth Circuit | November 5, 2019 |
| United States District Court for the District of North Dakota | November 21, 2019 |
| United States District Court for the District of New Mexico | February 28, 2020 |