# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAT'S MEOW OF VEGAS, LLC,<br><br>　　　Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　Defendants | Case No.: 2:20-cv-02055-APG-NJK<br><br>**Order Setting Hearing on Motion for Temporary Restraining Order**<br><br>[ECF No. 5] |

I ORDER that the plaintiff's motion for temporary restraining order (ECF No. 5) is set for a videoconference hearing on **Tuesday, November 17, 2020, at 9:30 a.m. PST**. No witness testimony will be taken at that hearing. Details on how to access the hearing will be provided by separate order.

I FURTHER ORDER that the defendants may file responses to the motion for temporary restraining order by **12:00 noon on Friday, November 13, 2020**.

I FURTHER ORDER the plaintiff to serve the complaint, the motion, and this order on the defendants by email, fax, hand delivery, or other means to provide notice in adequate time to allow them to respond and to attend the hearing. The plaintiff shall file proof of such service by **12:00 noon on Friday, November 13, 2020**.

DATED this 9th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE