BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
By: JEFFREY L. GALLIHER
Deputy City Attorney
Nevada Bar No. 8078
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: jgalliher@lasvegasnevada.gov
Attorneys for City of Las Vegas,
Carolyn Goodman and Robert Summerfield

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAT'S MEOW OF VEGAS, LLC d/b/a Cat's Meow,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, COVID-19 MITIGATION AND MANAGEMENT TASK FORCE; STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General of Nevada; BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; CITY OF LAS VEGAS; CAROLYN GOODMAN, in her official capacity as Mayor of the City of Las Vegas; ROBERT SUMMERFIELD, in his official capacity as Director of the City of Las Vegas Department of Planning; and CALEB CAGE, in his official capacity as Chairman of the COVID-19 Mitigation and Management Task Force,<br><br>Defendant. | CASE NO. 2:20-cv-2055-APG-NJK<br><br>**DEFENDANTS CITY OF LAS VEGAS, CAROLYN GOODMAN AND ROBERT SUMMERFIELD'S JOINDER TO THE STATE OF NEVADA'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Defendants City of Las Vegas, Carolyn Goodman and Robert Summerfield (hereinafter referred to as "City Defendants") hereby joins the State of Nevada's Response filed with the Court on December 18, 2020 [ECF No. 37].

/ / /

/ / /

Further, the City Defendants incorporate by this reference as though fully set forth herein the entirety of the State Defendants' points and authorities contained within its Response to the Plaintiff's Motion for Reconsideration as filed on or about December 18, 2020.

DATED this 18 day of December, 2020.

                                BRYAN K. SCOTT
                                City Attorney

                                */s/ Jeffery L. Galliher*
By:   _____
        JEFFREY L. GALLIHER
        Deputy City Attorney
        Nevada Bar No. 8078
        495 South Main Street, Sixth Floor
        Las Vegas, NV 89101
        Attorneys for City Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I served a true and correct copy of the foregoing Defendants City of Las Vegas, Carolyn Goodman and Robert Summerfield's Joinder to the State of Nevada's Response to Plaintiff's Motion for Reconsideration through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

| | |
|---|---|
| Deanna L. Forbush, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV  89135<br>*Attorneys for Plaintiff*<br>*Cat's Meow of Vegas, LLC d/b/a Cat's Meow* | Aaron D. Ford, Esq.<br>Steve Shevorski, Esq.<br>Craig Newby, Esq.<br>Keil B. Ireland, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV  89101<br>*Attorneys for the State of Nevada, COVID-19 Mitigation and Management Task Force, Steve Sisolak, Aaron Ford, Barbara Cegavske, and Caleb Cage* |
| Matthew J. Hoffer, Esq.<br>SHAFER & ASSOCIATES, P.C.<br>3800 Capital City Boulevard, #2<br>Lansing, MI 48906<br>*Attorneys for Plaintiff*<br>*Cat's Meow of Vegas, LLC d/b/a Cat's Meow* | |

                                  */s/ Kelli Hansen*
                              _____
                              AN EMPLOYEE OF THE CITY OF LAS VEGAS