DEANNA L. FORBUSH
Nevada Bar No. 6646
dforbush@foxrothschild.com
COLLEEN E. MCCARTY
Nevada Bar No. 13186
cmccarty@foxrothschild.com
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

MATTHEW J. HOFFER (MI P70495)*
Matt@BradShaferLaw.com
ZACHARY M. YOUNGSMA Nevada Bar No. 15680
Zack@BradShaferLaw.com
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
Telephone: (517) 886-6560
**Admitted Pro Hac Vice*

Plaintiff, Cats Meow of Vegas, LLC d/b/a Cat's Meow

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATS MEOW OF VEGAS, LLC d/b/a Cat's Meow,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, COVID-19 MITIGATION AND MANAGEMENT TASK FORCE; STEVE SISOLAK, in his official capacity as Governor of Nevada; AARON FORD, in his official capacity as Attorney General of Nevada; BARBARA CEGAVSKE, in her official capacity as the Nevada Secretary of State; CITY OF LAS VEGAS; CAROLYN GOODMAN, in her official capacity as Mayor of the City of Las Vegas; ROBERT SUMMERFIELD, in his official capacity as Director of the City of Las Vegas Department of Planning; and CALEB CAGE, in his official capacity as Chairman of the COVID-19 Mitigation and Management Task Force,<br><br>Defendants. | Case No.: 2:20-CV-02055-APG-NJK<br><br>**DECLARATION OF ZACHARY M. YOUNGSMA IN SUPPORT OF PLAINTIFF'S POST-EVIDENTIARY HEARING BRIEF** |

1. I, Zachary M. Youngsma, hereby declare as follows:

2. I make this declaration upon my personal knowledge, unless specifically stated to the contrary.

3. I am an attorney licensed to practice law in the State of Nevada employed by Shafer & Associates, P.C. at 3800 Capital City Blvd. Suite 2, Lansing, Michigan 48906.

4. I am counsel of record for Plaintiff.

5. Attached hereto as **Exhibit A** is a true and accurate copy of the Las Vegas Metropolitan Police Department's 2019 Annual Report pulled from the Las Vegas Metropolitan Police Department's official website: https://www.lvmpd.com/en-us/Pages/AnnualReports.aspx, on January 25, 2021.

**I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: January 25, 2021

ZACHARY M. YOUNGSMA

1