UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAT'S MEOW OF VEGAS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, COVID-19 MITIGATION AND MANAGEMENT TASK FORCE, et al.,<br><br>    Defendants. | Case No. 2:20-cv-02055-APG-NJK<br><br>**ORDER** |

On November 6, 2020, Plaintiff filed a verified complaint for an emergency temporary restraining order, preliminary and permanent injunctive relief, and declaratory relief to initiate this action. Docket No. 1. Concurrently with its complaint, Plaintiff filed an emergency motion for a temporary restraining order. Docket No. 5. United States District Judge Andrew P. Gordon denied Plaintiff's motion on November 17, 2020, and again, upon reconsideration, on February 11, 2021. *See* Docket Nos. 28, 48. Thereafter, on February 19, 2021, Plaintiff filed a notice of appeal as to the denial of its emergency motion for a temporary restraining order. *See* Docket No. 49. On May 18, 2021, pursuant to the parties' stipulated motion for voluntary dismissal, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal. Docket No. 52. To date, no responsive pleading or scheduling order has been filed. *See* Docket.

Accordingly, the parties are hereby **ORDERED** to file a joint status report, no later than August 11, 2021, advising the Court of the status of this case.

IT IS SO ORDERED.

Dated: August 4, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1