# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAT'S MEOW OF VEGAS, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, COVID-19 MITIGATION AND MANAGEMENT TASK FORCE, et al.,<br><br>    Defendant(s). | Case No. 2:20-cv-02055-APG-NJK<br><br>**Order** |

On August 11, 2021, the parties filed a joint status report indicating that Plaintiff "intends to file a voluntary dismissal of the case without prejudice . . . within the next week." Docket No. 56 at 2. To date, dismissal papers have not been filed. Accordingly, the Court orders that dismissal papers must be filed by September 30, 2021.

IT IS SO ORDERED.

Dated: September 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge